## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

**JOHN L. HILL,**

        **Petitioner,**

**-vs-**                                            **Case No. 6:11-cv-2047-Orl-28KRS**

**INTERNAL REVENUE SERVICE,**

        **Respondent.**

_____

## ORDER

This case is before the Court on the United States' Motion to Dismiss Petition to Quash (Doc. No. 7) filed October 21, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of Petitioner's Objection to the Report and Recommendation (Doc. 12) and the Government's Response thereto (Doc. 13), the Objection is **overruled**. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed December 16, 2011 (Doc. No. 11) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The United States' Motion to Dismiss Petition to Quash Summons (Doc. No. 7), is **GRANTED**.

3. The Petition to Quash (Doc. No. 1) is **DISMISSED**.

4. The Clerk of the Court is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___18th___ day of January, 2012.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge